CHARLES H. SMITH, appellant,

*v.*

THE MUTUAL LOAN, SAVINGS AND BUILDING ASSOCIATION
OF HADDONFIELD, N. J., respondent.

*Mr. John W. Westcott,* for appellant.

*Mr. David J. Pancoast,* for respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Mutual Loan Association* v. *Elwell, 11 Stew. Eq. 18.*

PER CURIAM.
This decree unanimously affirmed for the reasons given by the chancellor.